TOLEDO BAR ASSOCIATION *v.* DOYLE.

[Cite as Toledo Bar Assn. *v.* Doyle (1991), 60 Ohio St. 3d 106.]

(No. 90-2082—Submitted January 8, 1991—Decided June 5, 1991.)

*Frank E. Kane, Dale W. Fallat* and *John N. MacKay,* for relator.

*C. Allen McConnell,* for respondent.

*Per Curiam.* We concur with the findings of the board; however, we modify the sanction. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

MOYER, C.J., dissenting. I would order a six-month suspension, but would suspend same pending respondent's successful completion of a six-month supervised and monitored probation period.

WRIGHT, J., dissenting. I believe the facts in this case justify a penalty substantially greater than a public reprimand, to wit, six months' actual suspension.

HOLMES, J., concurs in the foregoing dissenting opinion.